UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,                                  SCHEDULING ORDER
                                                            14 CR 476 (ILG)(S-2)

- against -

ROBERT BANDFIELD,

        Defendant.
-------------------------------------------------------x
GLASSER, United States Senior District Judge:

       A Verified Third-Party Petition to Adjudicate Interest in Forfeited Property and to Amend Order of Forfeiture was filed by petitioners Karla and Kathy Melgaard pursuant to 21 U.S.C. §§ 853(n)(6)(A), 853(n)(6)(B), and 18 U.S.C. § 983(d).

       The Government shall file a Response on or before August 12, 2016.

       A hearing shall be held at 10:00 a.m. on September 9, 2016.

**SO ORDERED.**

Dated:       Brooklyn, New York
                 July 14, 2016

                                                                  _____/s/_____
                                                                   I. Leo Glasser
                                                                   United States Senior District Judge